**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **CLARISSA RENFRO** | ) | |
| | ) | **Case No. 3:22-00857** |
| **v.** | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **WILLOW TREE HEALTH CARE** | ) | |
| **GROUP, INC.** *et al* | ) | |

## JUDGMENT

The Defendants, Willow Tree Health Care Group, Inc., Dan Menzer, and Paul Caudill, having failed to appear, plead or otherwise defend in this action, and default having been entered on March 9, 2023 as to Defendant Willow Tree Health Car Group, Inc., and on July 21, 2023 as to Defendants Paul Caudill and Dan Menzer, and counsel for Plaintiff having requested judgment against the defaulted Defendants and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintiff Clarissa Renfro and against Defendants Willow Tree Health Care Group, Inc., Dan Menzer, and Paul Caudill, as follows:

    A. Principal:      $31,625.00

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Further, Plaintiff's Counsel shall file a motion for any and all attorneys' fees and costs associated with this matter, within twenty-one (21) days of this ruling.

This 28th day of June, 2024.

_Eli Richardson_
U.S. District Judge

September 27, 2023
Respectfully submitted,

/s *Anne Bennett Hunter*
Anne Bennett Hunter, TN BPR No. 022407
Hunter Law Firm
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
Phone: (615) 592-2977
Email: anne@hunteremploymentlaw.com

/s *James L. Simon with permission by ABH*
James L. Simon (admitted *pro hac vice*)
SIMON LAW CO.
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Phone: (216) 525-8890
Email: james@simonsayspay.com

2